Christopher C. Voigt
CROWLEY FLECK PLLP
500 Transwestern Plaza II
490 North 31st Street
P. O. Box 2529
Billings, MT  59103-2529
Telephone:  (406) 252-3441
Facsimile:  (406) 259-4159
E-Mail:  cvoigt@crowleyfleck.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| DONALD BOULTER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE HARTFORD FIRE INSURANCE COMPANY, and JOHN DOES I-V,<br><br>　　　　　Defendants. | Cause No. _____<br><br>**NOTICE OF REMOVAL** |

COMES NOW Defendant The Hartford Fire Insurance Company ("Hartford"), by and through its counsel of record, and notifies the Court of the removal of *Donald Boulter v. The Hartford Fire Insurance Company*, Cause No. DV-17-0385 from the Montana Thirteenth Judicial District Court, Yellowstone County, to the United States District Court for the District of Montana, Billings Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 and states as follows:

1. This action has been removed to federal court based upon the following federal jurisdictional basis: diversity of citizenship under 28 U.S.C. § 1332.

2. On March 17, 2017, Plaintiff Donald Boulter filed an action in the Montana Thirteenth Judicial District Court, Yellowstone County, bearing Cause Number DV-17-0385 (the "state action") in the records and files of that Court. A true and correct copy of the Complaint is attached as Exhibit A.

3. In the Complaint, Mr. Boulter contends that he suffered serious injuries as a result of the negligence of an uninsured motorist. Compl., ¶ 1. Mr. Boulter contends that he is entitled to uninsured motorist benefits under an insurance policy issued by Hartford.

4. Pursuant to 28 U.S.C. §1332(a)(1), the United States District Court for the District of Montana has jurisdiction for the removal of this state action as the lawsuit is comprised entirely of a civil nature and is an action between citizens of different states and the matter in controversy exceeds the sum or value of seventy-five thousand dollars ($75,000), exclusive of interest and costs.

5. There is complete diversity between Plaintiff and Defendant.

    A. Plaintiff is and was at the time the Complaint was filed a citizen of California for diversity purposes. Compl., ¶ 5.

B.  Defendant is and was at the time the Complaint was filed an insurance company organized and incorporated in Connecticut.  Compl., ¶ 6.  Defendant's principal place of business is in Connecticut.  Defendant is, therefore, a citizen of Connecticut for diversity purposes.

C.  Upon information and belief, none of the John Doe Defendants has been substituted with named defendants or have been served with process in the state court action.  For purposes of removal, "the citizenship of defendants sued under fictitious names shall be disregarded."  28 U.S.C. § 1441(b); *accord Soliman v. Philip Morris, Inc.*, 311 F.3d 966, 971 (9th Cir. 2002); *McCabe v. Gen. Foods Corp.*, 811 F.2d 1336, 1339 (9th Cir. 1987).  Therefore, the citizenship of John Doe Defendants should be disregarded for purposes of diversity.

6.  Hartford has a good faith belief that Plaintiff is seeking uninsured motorist benefits in excess of the jurisdictional amount of this Court notwithstanding that the prayer of the Complaint does not specify the dollar amount of Plaintiff's damages.  Among other things, Plaintiff alleges in his Complaint that he suffered "serious injuries" including "a serious head injury."  Compl., ¶¶ 1-2.  Therefore, Plaintiff's allegations in the Complaint demonstrate that the amount in controversy requirement is satisfied.

7.  The basis of the state action is declaratory judgment that Plaintiff is entitled to uninsured motorist benefits under a Hartford policy of insurance.

Accordingly, this Court has original subject matter jurisdiction over this matter based on diversity of citizenship and would have had original subject matter jurisdiction of the state action under 28 U.S.C. §1332.

8. No previous application has been made for the relief requested herein.

9. The state action was served on Hartford by the Commissioner of Securities and Insurance on April 25, 2017. Therefore, this Notice of Removal is being filed within the 30 day period for removal provided by 28 U.S.C. § 1446(b).

10. Copies of the documents filed in the state action are being forwarded to this Court by the Clerk's Office of the Montana Thirteenth Judicial District Court, Yellowstone County.

11. Pursuant to 28 U.S.C. § 1446(d), Hartford has given written notice of the filing of this Notice of Removal to all parties in this action and will promptly file a copy of the notice with the Clerk of Court for the Montana Thirteenth Judicial District Court, Yellowstone County.

WHEREFORE, Defendant Hartford respectfully requests that this case continue to proceed before this Court as an action properly removed.

Dated this 23rd day of May, 2017.

                            CROWLEY FLECK PLLP


                            By /s/ Christopher C. Voigt
                                Christopher C. Voigt
                                P. O. Box 2529
                                Billings, MT  59103-2529
                                Attorneys for Defendant


## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served upon the following counsel of record, by the means designated below, this 23rd day of May, 2017:

[X]  U.S. Mail                 Daniel P. Buckley
[ ]  FedEx                     Buckley Law Office, P.C.
[ ]  Hand-Delivery       125 West Mendendall, Suite 201
[ ]  Facsimile              Bozeman, MT  59715
[ ]  Email                     dbuckley@danbuckleylaw.com
[X]  ECF Electronic filing

[X]  U.S. Mail                 Timothy P. Hammar
[ ]  FedEx                     Angel, Coil & Bartlett
[ ]  Hand-Delivery       125 West Mendendall, Suite 201
[ ]  Facsimile              Bozeman, MT  59715
[ ]  Email                     timothy@angelcoilbartlett.com
[X]  ECF Electronic filing


                                /s/ Christopher C. Voigt
                                Christopher C. Voigt
                                Crowley Fleck PLLP
                                P.O. Box 2529
                                Billings, MT 59103-2529
                                Attorneys for Defendant