Christopher C. Voigt
CROWLEY FLECK PLLP
500 Transwestern Plaza II
490 North 31st Street
P. O. Box 2529
Billings, MT  59103-2529
Telephone:  (406) 252-3441
Facsimile:  (406) 259-4159
E-Mail:  cvoigt@crowleyfleck.com

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## BILLINGS DIVISION

| | |
|---|---|
| DONALD BOULTER, | ) Cause No. 17-CV-00068-SPW-TJC |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **DEFENDANT'S MOTION FOR** |
| | ) **SUMMARY JUDGMENT** |
| THE HARTFORD FIRE INSURANCE | ) |
| COMPANY, and JOHN DOES I-V, | ) |
| | ) |
| Defendants. | ) |

_____

Defendant The Hartford Fire Insurance Company, pursuant to Fed. R. Civ.

P. 56, respectfully moves for summary judgment in its favor and against Plaintiff

on the grounds that there are no genuine issues of material fact and Defendant is

entitled to judgment as a matter of law.

Plaintiff's Complaint seeks a declaratory judgment that he is entitled to

Uninsured Motorist coverage from an insurance policy issued by Defendant.  As a

matter of law, coverage is not available to Plaintiff and therefore summary judgment is proper.  This Motion is supported by an accompanying brief.

Plaintiff opposes the relief sought herein and is filing his own cross-motion for summary judgment.

Dated this 8th day of January, 2018.

CROWLEY FLECK PLLP


By  /s/ Christopher C. Voigt
Christopher C. Voigt
P. O. Box 2529
Billings, MT  59103-2529
Attorneys for Defendant

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document was served upon the following counsel of record, by the means designated below, this 8th day of January, 2018:

[ ] U.S. Mail                      Daniel P. Buckley
[ ] FedEx                        Buckley Law Office, P.C.
[ ] Hand-Delivery             125 West Mendendall, Suite 201
[ ] Facsimile                   Bozeman, MT  59715
[ ] Email
[X] ECF Electronic filing


[ ] U.S. Mail                      Timothy P. Hammar
[ ] FedEx                        Angel, Coil & Bartlett
[ ] Hand-Delivery             125 West Mendendall, Suite 201
[ ] Facsimile                   Bozeman, MT  59715
[ ] Email
[X] ECF Electronic filing


/s/ Christopher C. Voigt
Christopher C. Voigt
Crowley Fleck PLLP
P.O. Box 2529
Billings, MT 59103-2529
Attorneys for Defendant