UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DONALD BOULTER, <br><br> Plaintiff, <br><br> vs. <br><br> THE HARTFORD FIRE INSURANCE COMPANY, AND JOHN DOES I-V, <br><br> Defendant. | Case No. CV-17-68-BLG-SPW <br><br> JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_  Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

Judgment is entered in favor of plaintiff Donald Boulter and against defendants The Hartford Insurance Company and John Does I-V, as stated in the Court's Order E.C.F. 24.

Dated this 11th day of July, 2018.

TYLER P. GILMAN, CLERK

By: /s/ E.Hamnes
E.Hamnes, Deputy Clerk