IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

AUG 1 4 2018

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| DONALD BOULTER,<br><br>Plaintiff,<br><br>vs.<br><br>THE HARTFORD FIRE INSURANCE COMPANY, and JOHN DOES I-V,<br><br>Defendants. | CV 17-68-BLG-SPW<br><br>ORDER |

Before the Court is Plaintiff Donald Boulter's motion for attorney fees. (Doc. 27). The parties have since stipulated that the Court should award Boulter $45,000.00 in attorney fees. (Doc. 32). Boulter's motion for attorney fees (Doc. 27) is therefore granted. Boulter is awarded $45,000.00 in attorney fees.

DATED this 14th day of August, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1